THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MURRAY M. GASSMAN, MYER KAUFMAN, WILLIAM PUCCIARELLI, MAX ROSENTHAL, LARRY MENDELSOHN, MAX KLEITZEL, FRANK GOLDBERG, JIMMY MESSINA, MIKE STERN, PHILIP MOSS, HERMAN RHEINGOLD, DAVID ELKIN, LOUIS GOLDBERG and SAMUEL HAKER, Respondents.

Argued May 22, 1945; reargument ordered October 4, 1945.

*Nathaniel L. Goldstein, Attorney-General* (*William F. McNulty, Orrin G. Judd, John P. Powers, Vincent A. Marsicano* and *Samuel A. Hirshowitz* of counsel), for appellant.
*Robert Szold, Irvine J. Shubert* and *Irving Michael Atkin* for respondents.

Reargument ordered and case set down for argument during week beginning October 22, 1945.